**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LEOCADIO MEDINA BORREGO,**  )  <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> **CAROLYN W. COLVIN,**  ) <br> **Commissioner of the Social**  ) <br> **Security Administration,**  ) <br> Defendant.  ) | No. 3:13-CV-939-N (BF) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Carolyn W. Colvin's (the "Commissioner") Motion to Reverse and Remand (doc. 17) is **GRANTED** and the Commissioner's decision is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED** this 29th day of July, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE