IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEOCADIO MEDINA BORREGO,        §<br>     Plaintiff,                                  §<br>                                                   §<br>v.                                                §     No. 3:13-CV-939-N (BF)<br>                                                   §<br>CAROLYN W. COLVIN,                 §<br>COMMISSIONER OF THE            §<br>SOCIAL SECURITY ADMINISTRATION, §<br>     Defendant.                              § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall be awarded a total sum of $2,640.16 in attorney's fees. Payment of this award shall be made to Plaintiff, in care of Patrick Wright, and mailed to the Law Office of Patrick Wright, 10888 Shady Trail, Dallas, Texas 75220.

**SO ORDERED** this 28th day of October, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE